SAMUEL J. TANKOOS and H. CLAYTON SMITH, Copartners, etc., Appellants, v. SAMUEL ZISES, Respondent.— Order denying plaintiffs' motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

WALTER G. TAYLOR, Respondent, v. ROMEO ZANETTI and Another, Defendants. CHARLES E. SWASEY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HARRY USWALD, Respondent, v. SALINA SCHIER and Another, Defendants. AARON KOSSOFSKY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

FLORENCE W. VAUGHAN, Respondent, v. HARRY E. HOLLINGSWORTH and Another, Appellants.— Order denying defendants' motion to dismiss complaint on the ground that there was another action pending between the parties for the same relief, affirmed, without costs, it appearing that since the entry of the order appealed from the former action has been discontinued. (See Crossman v. Universal Rubber Co., 131 N. Y. 636; Beals v. Cameron, 3 How. Pr. 414; Averill v. Patterson, 10 N. Y. 500.) Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

CAPTORIA WHITE, Respondent, v. MORRISTOWN TRUST COMPANY, Individually and as Trustee, etc., of WILLIAM FREELAND, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

HUBERT T. ZANGERLE, Respondent, v. RAFFAELE DI PIPPO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

FANNIE BLOCK and AUGUSTA AARON, Respondents, v. SAM TICKER and Others, Appellants.— Motion for stay granted on condition that appellants perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN BUSCH, Respondent, v. BROOKLYN EASTERN DISTRICT TERMINAL, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals, on giving security. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.